UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

    - v -                             :     NOTICE OF INTENT TO
                                                FILE AN INFORMATION
CRUSADIO MALDONADO,                :

        Defendant.             :

- - - - - - - - - - - - - - x

**08 CRIM 068**

JUDGE GRIESA

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            January 24, 2008

                              MICHAEL J. GARCIA
                              United States Attorney

        By:      _____
                    John T. Zach
                    Assistant United States Attorney

                    AGREED AND CONSENTED TO:

        By:      _____
                    Ellyn I. Bank
                    Attorney for Crusadio Maldonado

[ELECTRONICALLY FILED stamp: 1/24/08]