JUDGE GRIESA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

INFORMATION

CRUSADIO MALDONADO,

08 Cr. ____

          Defendant.

- - - - - - - - - - - - - - - - - - x

08 CRIM 068

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: JAN 2 5 2008

## COUNT ONE

The United States Attorney charges:

On or about June 27, 2007, in the Southern District of New York and elsewhere, CRUSADIO MALDONADO, the defendant, unlawfully, knowingly and intentionally used a communication facility in committing and in causing and facilitating the commission of an act constituting a felony under subchapter I of Title 21, United States Code, to wit, MALDONADO used a telephone in connection with the distribution of, and possession with intent to distribute, 50 grams and more of methamphetamine, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).

(Title 21, United States Code, Section 843(b).)

*Michael J. Garcia* (signature)

MICHAEL J. GARCIA
United States Attorney