```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

        - v. -                      :    WAIVER OF INDICTMENT

CRUSADIO MALDONADO,                 :    08 Cr. ____ (TPG)

                Defendant.          :

- - - - - - - - - - - - - - - - - - -x
```

**08 CRIM 068**

The above-named defendant, who is accused of violating Title 21, United States Code, Section 843(b), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

_CRUSADIO MALDONADO_
CRUSADIO MALDONADO
Defendant

_[signature]_
Witness

_[signature]_
Ellyn Bank, Esq.
Counsel for Defendant

Date:  New York, New York
       January 25, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2008

0202