**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: _4/7/08_

## Law Offices of Ellyn I. Bank
**Attorney At Law**
**225 Broadway, Suite 715**
**New York, New York 10007**

# MEMO ENDORSED

212-385-1800
FAX 212-566-8165

March 31, 2008

<u>VIA First Class Mail</u>

Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007



APR 2 2008

CHAMBERS OF
T. P. GRIESA

RE: <u><i>US v. Barros, 08 Cr 68(TPG)</i></u>

Dear Judge Griesa:

    I represent the defendant, Crusadio Maldonado, with respect to the above captioned case, having been appointed pursuant to the provisions of the Criminal Justice Act, Title 18 U.S.C. 3006A(b). This letter is respectfully submitted as an *ex-parte* application for the authorization and appointment of my associate, Lorraine E. Ellis, to provide legal services in preparation of Mr. Maldonado's sentencing hearing. The Judicial Council of the Second Circuit Committee on the Criminal Justice Act now requires that all associates working under the supervision of a Criminal Justice Act attorney receive prior authorization from the District Judge assigned to the case, before billing for an associate. The defendant, Mr. Maldonado, is charged with using a telephone to facilitate the distribution and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 843(b).

    Ms. Ellis is my associate in the Law Offices of Ellyn I. Bank, which are located at 225 Broadway, Suite 715, New York, NY.

    Utilizing the services of an associate is required for the proper preparation of Mr. Maldonado's sentencing hearing. There are several reasons for the request for assignment of associate counsel.

*approved*
*Thomas P. Griesa*    4/4/08

Page 1 of 2

I am a sole practitioner and currently am preparing for two trials that are scheduled to begin within the next two months. They include *US v. Gomez, 07 Cr 783 (WHP)*, where I represent Marino Reyes scheduled for trial in front of the Honorable William H. Pauley on April 7, 2008, and *US v. Salej*, 05 Cr 768 (LAP), where I represent Malcolm James scheduled for trial in front of the Honorable Loretta A. Preska on May 12, 2008.

I have just scheduled Mr. Maldonado's presentencing investigation interview. Because of my busy trial schedule, I will need Ms. Ellis' assistance in attending the interview and preparing Mr. Maldonado's sentencing letter so that Mr. Maldonado may be sentenced as soon as possible.

Ms. Ellis, who has been working as my paralegal/associate since December 2007, has passed the New York bar, and was sworn in March 31, 2008. Ms. Ellis' billing rate is eighty dollars ($80.00) per hour, which is the rate recommended for associates by Jerry Tritz, the Second Circuit Case-Budgeting Attorney.

I am highly conscious of not expending CJA funds unnecessarily. To prepare for the sentencing hearing, however, I have ascertained that authorization of an associate is necessary at this time for the preparation of Mr. Maldonado's sentencing memorandum.

It is respectfully requested that the Court endorse the enclosed proposed ORDER appointing Ms. Lorraine E. Ellis to provide legal services.

Your Honor's understanding and consideration of this request are greatly appreciated.

Respectfully,

Ellyn I. Bank, Esq.
Attorney for Crusadio Maldonado

Submitted *ex parte*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA       :      **ORDER**


                Plaintiff,    :

   -against-

                             :      05 Cr 68 (TPG)

CRUSADIO MALDONADO,

                Defendant.    :

------------------------------------------------------------------X

        Upon the *ex parte* application of Crusadio Maldonado, by his attorney

Ellyn I. Bank, for an Order authorizing the appointment of an associate, pursuant to

Criminal Justice Act, Title 18 U.S.C. 3006A;

**IT IS HEREBY ORDERED**, THAT:

1. **LORRAINE E. ELLIS**, an associate of the Law Offices of Ellyn I. Bank, be appointed, and authorized to provide services as counsel, to assist in the representation of **Crusadio Maldonado**, in the matter of **United States v. Barros et al., 08 Cr 68 (TPG)**.

2. **LORRAINE E. ELLIS** may bill at a rate of eighty dollars ($80.00) an hour.

                   S O  O R D E R E D :


Date: _____, 2008
New York, New York                  _____

                       HONORABLE THOMAS P. GRIESA
                       UNITED STATES DISTRICT JUDGE
                       SOUTHERN DISTRICT OF NEW YORK